**Order entered April 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01470-CR

**CHRISTINE KAY WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 062724**

## ORDER

On the Court's own motion, we **ORDER** the appellant's brief received on March 7, 2014 filed as of that date.

We **ORDER** the State's brief received on April 1, 2014 filed as of that date.

We **DIRECT** the Clerk to show that the appeal is at issue as of April 1, 2014.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE